**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| KAREN BROWN, <br><br> Plaintiff, <br><br> v. <br><br> NORTHLAND GROUP LLC, <br><br> Defendant. | Case No. 1:17-cv-03981-TWP-DML <br><br> Honorable Judge Tanya Walton Pratt <br><br> Magistrate Judge Debra McVicker Lynch |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that KAREN BROWN ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 5th day of June, 2018.

                                                          Respectfully submitted,

                                                          *s/ Mohammed O. Badwan*
                                                          Mohammed O. Badwan
                                                          Sulaiman Law Group, Ltd.
                                                          2500 S. Highland Avenue, Suite 200
                                                          Lombard, IL 60148
                                                          Phone: (630) 575-8181
                                                          mbadwan@sulaimanlaw.com
                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                           *s/ Mohammed O. Badwan*_____
                                           Mohammed O. Badwan