IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN BROWN,<br><br>    Plaintiff,<br>v.<br><br>NORTHLAND GROUP, LLC,<br><br>    Defendant. | Case No.: 1:17-cv-03981-TWP-DML<br><br>Honorable Tanya Walton Pratt<br><br>Honorable Magistrate Debra McVicker Lynch |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, KAREN BROWN ("Plaintiff"), by and through her attorneys, KAREN BROWN, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Date: 8/7/2018

                                                                                  Hon. Tanya Walton Pratt, Judge
                                                                                 United States District Court
                                                                                 Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF